UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| | | | |
|---|---|---|---|
| Case No. | CV 09-7346 DSF (RCx) | Date | 11/25/09 |
| Title | City of Palmdale v. NIC Insurance Company, et al. | | |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, United States District Judge |

| | |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order Remanding Action to State Court

On October 27, 2009, the Court issued an Order to Show Cause re Remand to State Court because Defendant NIC Insurance Co. ("NIC") failed to: (1) state both the respective state of incorporation and principal place of business of all Defendants; and (2) establish Defendants' principal places of business under the "total activities" test. (Docket No. 9.); see also Indus. Tectonics, Inc. v. Aero Alloy, 912 F.2d 1090, 1094 (9th Cir. 1990).

The judicial averments made by NIC in its response fail again because they do not establish Defendants' principal places of business under the "total activities" test. In fact, the response does not make any averments about the relevant factors identified in Indus. Tectonics for the "total activities" test.

Accordingly, the Court remands this matter to the Superior Court of the State of California, County of Los Angeles.

IT IS SO ORDERED.